UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVIS,<br><br>             Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Commissioner<br>of Social Security,<br><br>             Defendant. | CASE NO. CV 12-3063 AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.

DATED: March 15, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge